ACCEPTED
14-15--00322-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/9/2015 11:32:02 AM
CHRISTOPHER PRIN
CLERK

## NO. 14-15-00322-CV

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 11:32:02 AM
CHRISTOPHER A. PRINE
Clerk

**IN THE COURT OF APPEALS
FOURTEENTH JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS**

**GLENN BECKENDORFF,**

**Appellant,**

**v.**

**CITY OF HEMPSTEAD, TEXAS,
CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD, and
PINTAIL LANDFILL, LLC,**

**Appellees.**

## MOTION FOR 15-DAY EXTENSION OF TIME
## TO FILE NOTICE OF APPEAL

TO THE HONORABLE COURT OF APPEALS:

Appellant/Movant makes this motion to Extend the Time for Filing the Notice of Appeal in this Cause.

1.     This appeal arises from what purports to be an "Agreed Final Judgment" signed on February 20, 2015 in Cause Number 13-03-21872 in the 506th District Court of Waller County, Texas.

1

2.     The Notice of Appeal was due on March 23, 2015.  However, the attorney for Appellant requests a 15-day extension to file the Notice of Appeal for the reasons set forth below.  The Notice of Appeal was filed on April 2, 2015 with the Waller County District Clerk's Office (Exhibit C).

On December 1, 2014, the case was called for trial.  All parties appeared through their attorneys of record and announced ready for trial.  A jury, consisting of 12 qualified jurors having been previously demanded, was duly empanelled and the case proceeded to trial.  At the conclusion of the evidence, the Court submitted the questions of fact in the case to the jury and a verdict was returned.

Before a final judgment was signed in accordance with the jury verdict, a settlement was supposedly reached.  The settlement was supposedly in the form of an Agreed Final Judgment, but former County Judge Glenn Beckendorff had not been given notice of such Agreed Final Judgment. (See Affidavit of Judge Glenn Beckendorff - Exhibit A and Affidavit of David Carp - Exhibit B).

Further, there is no longer a justiciable controversy that exists against Judge Beckendorff as he no longer holds public office for Waller County, Texas.  Specifically, a declaratory judgment is appropriate only

2

if a justiciable controversy exists as to the rights and status of the parties and the controversy will be resolved by the declaration sought. To constitute a justiciable controversy, there must exist a real and substantial controversy involving genuine conflict of tangible interest, not merely a theoretical dispute. *Bonham State Bank v. Beadle*, 907 S.W.2d 465 (Tex. 1995); *Noell v. Air Park Homeowners Ass'n, Inc.*, 246 S.W.3d 827 (Tex. App. Dallas 2008), petition for review filed, (Nov. 6, 2008). A UDJA action will lie within the subject-matter jurisdiction of the district courts when there is (1) a justiciable controversy as to the rights and status of parties actually before the court for adjudication; and (2) the controversy will be actually resolved by the declaration sought. *Brooks v. Northglen Ass'n*, 141 S.W.3d 158 (Tex. 2004); *Texas Dept. of Ins. v Reconveyance Services, Inc.*, 240 S.W.3d 418 (Tex. App. Austin 2007), petition for review filed, (Nov. 14, 2007).

3.      This is Appellant's first request for an extension to file the Notice of Appeal.

4.      Counsel for Appellant needs an additional 15 days to and including April 6, 2015, to file Appellant's Notice of Appeal.

3

5. This extension is not requested for delay, but so that justice may be done.

## CERTIFICATE OF CONFERENCE

Mr. Carp states that on April 2, 2015 an email was sent to all trial counsel for appellees in this matter asking whether they were opposed or unopposed to this motion. The email was followed up on the same day by telephone calls. As of the date of the filing of this motion, we have the following responses:

| | |
|---|---|
| Art Pertile/Corey Ouslander (City of Hempstead) | Mr. Outlander stated they were opposed |
| James P. Allison / Eric Magee (Waller County) | Mr. Magee stated they no longer represented Waller County |
| Brent Ryan (Pintail Landfill) | Not opposed |
| Blayre Pena (maternity leave) spoke with Mary (paralegal) who was going to give message and email to two attorneys covering for Ms. Pena. (Citizens Against Landfill) | Have not heard back |
| Carol Chaney (Citizens Against Landfill) | No response yet to email; voice mail was "full" |

4

WHEREFORE, Appellant respectfully request this Court extend the time for filing Appellant's Notice of Appeal to and including April 6, 2015, and for all other relief to which he may be entitled.

Dated:  April 3, 2015                    Respectfully submitted,

                                          /s/   David A. Carp
                                          David A. Carp
                                          TBN: 03836500
                                          Herzog & Carp
                                          427 Mason Park Boulevard
                                          Katy, Texas 77450
                                          713.781.7500  Phone
                                          713.781.4797  Fax
                                          dcarp@hcmlegal.com

                                          **Attorneys for Appellants**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2015 a true and correct copy of the foregoing Appellants' Motion for 15-Day Extension of Time to File Notice of Appeal was delivered via e-mail.

James P. Allison
J. Eric Magee
Allison, Bass & Magee, LLP
A. O. Watson House
402 W. 12th Street
Austin, Texas 78701
j.allison@allison-bass.com
**Attorneys for Waller County, Texas and**
**Waller County Commissioners Court**

Arthur L. Pertile III
Kelly Dempsey
Corey R. Ouslander
Olson & Olson, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
apertile@olsonllp.com
**Attorneys for City of Hempstead**

Terry L. Scarborough
Michael L. Woodward
V. Blayre Pena
Hance Scarborough, LLP
400 W 15th #950
Austin, Texas 78701
bpena@hslawmail.com

6

Carol A. Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445

**Attorneys for Citizens Against the Landfill in Hempstead**

Brent W. Ryan
McElroy, Sullivan & Miller, LLP
P.O. Box 12127
Austin, Texas 78711
bryan@msmtx.com

**Attorneys for Pintail Landfill, LLC**

      /s/   David A. Carp

NO. _____

## IN THE COURT OF APPEALS
_____ JUDICIAL DISTRICT OF TEXAS
### HOUSTON, TEXAS

**GLENN BECKENDORFF,**

**Appellant,**

v.

**CITY OF HEMPSTEAD, TEXAS,**
**CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD, and**
**PINTAIL LANDFILL, LLC,**

**Appellees.**

STATE OF TEXAS )
)
COUNTY OF HARRIS )

### AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared Floyd Glenn Beckendorff, a person whose identity is known to me, who upon his oath first administered by me, stated the following:

1.      My name is Floyd Glenn Beckendorff. I am over 21 years of age and am otherwise fully capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.      I was County Judge of Waller County at all times relevant to this lawsuit except after December 31, 2014 when I did not seek re-election.

1


EXHIBIT A

3. It was my understanding that I was no longer going to be a party to the lawsuit after December 31, 2014 because I was no longer an elected official. Further, it was not necessary that I participate. It was the office of Judge of the County that was being sued--not the individual.

4. I further understood that I did not and would not have representation through counsel selected by the insurer for the county after December 31, 2014 but would not need any such representation.

5. Ever since the verdict was rendered, I had intended to consider an appeal if one was available or necessary.

6. After a review by David Carp of the Court's file on March 11, 2015, I found out through David Carp about the alleged "Agreed Final Judgment."

7. I was not a part of any negotiations directed to an agreed final judgment of which I would be a part of or affected by. And I was not aware of any negotiations that were in progress.

8. The failure to file the Notice of Appeal by March 23rd was not deliberate or intentional but was the result of inadvertence, mistake or mischance due to whether I was represented by counsel, whether I was a party to the suit and what I consider failure to receive notice of the negotiations regarding the "Agreed Final Judgment."

FURTHER AFFIANT SAYETH NAUGHT.

_____
Floyd Glenn Beckendorff

**SUBSCRIBED AND SWORN TO BEFORE ME** on this 2nd day of April, 2015 to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of Texas

ANN JACOBS
MY COMMISSION EXPIRES
April 17, 2016

NO. _____

IN THE COURT OF APPEALS
_____ JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

GLENN BECKENDORFF,

Appellant,

v.

CITY OF HEMPSTEAD, TEXAS,
CITIZENS AGAINST THE LANDFILL IN HEMPSTEAD, and
PINTAIL LANDFILL, LLC,

Appellees.

STATE OF TEXAS )
                )
COUNTY OF HARRIS )

## AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared David A. Carp, a person whose identity is known to me, who upon his oath first administered by me, stated the following:

1.    My name is David A. Carp. I am over 21 years of age and am otherwise fully capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

1

EXHIBIT  B

2. I am an attorney duly licensed to practice law in the State of Texas for over 30 years and am a partner in Herzog & Carp.

3. I was contacted by Floyd Glenn Beckendorff about a lawsuit involving several Waller County political entities. My understanding was that a jury verdict had been rendered in December, 2014. Judge Beckendorff had not run for re-election and thus ceased to be a public official as of December 31, 2014. Judge Beckendorff wanted to be in a position to appeal.

4. I talked to several attorneys associated with the case who indicated they felt that TRAP 7.2 calls for automatic substitution of public officers, and that because of Judge Beckendorff's status he was no longer a party to the suit and that the newly elected county judge had become a party to the suit in Judge Beckendorff's place.

5. I analyzed the status of the suit and reviewed the court's file. At this time I found that an "Agreed Final Judgment" had been signed by the trial court even though Judge Beckendorff apparently had no knowledge or participation.

6. If Judge Beckendorff is going to have remedies adjudicated against him in the Judgment, he should not be denied any opportunity

2

allowing due process of appeal or other challenge, which cannot be properly addressed without this requested extension of time.

FURTHER AFFIANT SAYETH NAUGHT.

_____
David A. Carp

**SUBSCRIBED AND SWORN TO BEFORE ME** on April 3, 2015 to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of Texas

ANN JACOBS
MY COMMISSION EXPIRES
April 17, 2016

3

Filed: 4/2/2015 10:57:27 AM
Liz Pirkle, District Clerk
Waller County, Texas
By: Janie Derrick, Deputy

## CAUSE NO. 13-03-21872

| | | |
|---|---|---|
| CITY OF HEMPSTEAD, TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| Plaintiff, | § | |
| and | § | |
| | § | |
| CITIZENS AGAINST THE LANDFILL | § | WALLER COUNTY, TEXAS |
| IN HEMPSTEAD | § | |
| v. | § | |
| WALLER COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | 506th JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Glenn Beckendorff, in his official capacity as Waller County Judge (Appellant), desires to appeal and hereby files this notice with the Court of Civil Appeals for the First or Fourteenth Judicial District of Texas, sitting at Houston, Texas from the Agreed Final Judgment signed in the above Cause on February 20, 2015, and Appellant desires to appeal from each and every part of said Agreed Final Judgment.

Dated: April 2, 2015

Respectfully submitted,

By: ___/s/ David A. Carp___
David A. Carp
TBN: 03836500
Herzog & Carp
427 Mason Park Boulevard
Katy, Texas 77450
713.781.7500    Phone
713.781.4797    Fax
dcarp@hcmlegal.com
**Attorneys for Appellant**

1


EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2015 a true and correct copy of the foregoing Notice of Appeal was delivered via e-service to the following:

James P. Allison
J. Eric Magee
Allison, Bass & Magee, LLP
A. O. Watson House
402 W. 12th Street
Austin, Texas 78701
**Attorneys for Waller County, Texas and
Waller County Commissioners Court**


Arthur L. Pertile III
Kelly Dempsey
Corey R. Ouslander
Olson & Olson, LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, Texas 77019
**Attorneys for City of Hempstead**


Terry L. Scarborough
Michael L. Woodward
V. Blayre Pena
Hance Scarborough, LLP
400 W 15th #950
Austin, Texas 78701

Carol A. Chaney
Law Office of Carol A. Chaney
820 13th Street
P.O. Box 966
Hempstead, Texas 77445

**Attorneys for Citizens Against the Landfill
in Hempstead**

2

Brent W. Ryan
McElroy, Sullivan & Miller, LLP
P.O. Box 12127
Austin, Texas 78711

**Attorneys for Pintail Landfill, LLC**

/s/   David A. Carp
David A. Carp